UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20559-CR-SEITZ

UNITED STATES OF AMERICA

Plaintiff,

vs.

YVES NARCISSE,

Defendant.

Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary

order of forfeiture. Being fully advised in the premises and based on the motion of the United States

and the record in this matter and for good cause shown thereby, the Court finds as follows with

respect to forfeiture in this action as to defendant YVES NARCISSE (hereinafter referred to as

"defendant"):

1.      In the Indictment in the above-styled case, the government sought forfeiture of all

property involved in the defendant violation of 18 U.S.C. §§ 1029(a)(4), (a)(3) and (a)(2) including:

**one black electronic skimming device MSR500M/Mini 123-Capacity 512K.**

2.      Defendant has entered a plea of guilty to the violation of 18 U.S.C. §§ 1029(a)(4),

(a)(3) and (a)(2). As a result of his guilty plea, defendant shall forfeit to the United States all of his

right, title and interest in property involved in or used in any knowing said violations to the United

States, including:

**one black electronic skimming device MSR500M/Mini 123-Capacity 512K,**

as property involved in such violation to the United States.

Therefore, in consideration of the guilty verdict and the defendant agreement to forfeit and upon motion of the United States and for good cause shown thereby, it is hereby:

ORDERED that:

1.      All right, title and interest of defendant YVES NARCISSE in **one black electronic skimming device MSR500M/Mini 123-Capacity 512K** is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 1029(c)(1)(C) and 982(a)(2)(B).

2.      The United States Secret Service or any duly authorized  law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853(g).

3.      The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4.      The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5.    The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed.  If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Secret Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida this 21st day of November 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    AUSA William C. Healy (2 certified copies)
       all counsel of record